FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 03 2016

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| ATLANTA MEDICAL CENTER, INC. | 1:16-CR-350 |

I, Atlanta Medical Center, Inc., the above named defendant, who is accused of conspiracy in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 3, 2016 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Atlanta Medical Center, Inc.
Defendant

_____
Kathryn H. Ruemmler
Counsel for Defendant

Before _____
        Judicial Officer