## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**UNITED STATES OF AMERICA**           **Case No. 1:16-cr-0350-AT-1**

**-vs-**

**Atlanta Medical Center, Inc.**           **Defendant's Attorneys:**
                                           **Kathryn H. Ruemmler, William H. Jordan,**
                                           **and Timothy McCarten**

---

### JUDGMENT IN A CRIMINAL CASE
#### (For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Count 1 of the Information with waiver of indictment.

Accordingly, the defendant is adjudged guilty of such count which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC § 371 | Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks and Bribes | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant pay a special assessment of **$400**.  The Court notes that this special assessment has already been paid by the defendant.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence: October 19, 2016

Signed this the 21ˢᵗ day of October, 2016.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

## PROBATION

The defendant is hereby placed on probation for a term of **1 YEAR**.

During this period of probation, the defendant is required pursuant to 18 U.S.C. § 3563(b)(15) to report to the Probation Officer as directed by the Court and the Probation Officer.  Within 30 days of the date of this judgment, the defendant shall notify the Probation Officer that the forfeiture and civil settlements have been paid.  Within 6 months of the date of this judgment, the defendant shall report to the Probation Officer that the monitoring system has been implemented with respect to the requirements under the non-prosecution agreement with Tenet Health System Medical, Inc. A monitor shall be selected within 60 days of the signing of the non-prosecution agreement.

## FORFEITURE

It is further ordered that the Consent Order and Judgment of Forfeiture entered on October 19, 2016, is hereby incorporated herein by reference. A criminal forfeiture money judgment in the amount of $84,696,727.00 is hereby entered against the Defendant.